UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------

EDWARD V. BABB

                              Plaintiff,

    **-v.-**

                              Civil Action No.
                              5:13-cv-868 (GLS/ESH)

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

                              Defendant.
-------------------------------------------------------------------------------

APPEARANCES:	OF COUNSEL:

**FOR THE PLAINTIFF:**

Law Offices of Steven R. Dolson	STEVEN R. DOLSON, ESQ.
126 North Salina Street
Suite 3B
Syracuse, New York 13202

**FOR THE DEFENDANT:**

Social Security Administration	GRAHAM MORRISON, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278

GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed August 13,

2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed August 13, 2014 (Dkt. No. 17) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the Commissioner's decision is REVERSED and the case is REMANDED pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings in accordance with the recommendation; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: September 19, 2014
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court